

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2014

No. 04-13-00184-CV

Carlo **BAZAN** and Denise Bazan individually and d/b/a Vamp Ultra Lounge & Cafe, LLC,
Appellants

v.

Luis A. **MUNOZ** Jr.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVF-000570-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

The Appellee's Second Motion for Extension of Time to File Brief is GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court